■ In the Matter of Marshall Wilson, Appellant, v Wal-

TER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Determination unanimously confirmed and petition dismissed *(see, Matter of Byers v Kelly,* 132 AD2d 948; *Matter of Melvin v Kelly,* 126 AD2d 956, *lv denied* 69 NY2d 609).* (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.